BENJAMIN B. WAGNER
United States Attorney
BARBARA G. BORKOWSKI
Special Assistant U.S. Attorney
501 I Street, Suite 10-100
Sacramento, California 95814
Telephone: (916) 554-2700

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | ) | 2:12-MJ-00236-CKD |
|---|---|---|
|  | ) |  |
| Plaintiff, | ) | ORDER VACATING |
|  | ) | BENCH TRIAL AND SETTING CHANGE |
|  | ) | OF PLEA AND SENTENCING |
| v. | ) |  |
|  | ) |  |
| Gurpreet Singh, | ) | DATE: November 16, 2012 |
|  | ) | TIME:  9:30 a.m. |
| Defendant. | ) | COURT: Hon. Carolyn K. Delaney |

It is hereby ordered that the Bench Trial set for November 16, 2012 is VACATED.  It is further ordered that a Change of Plea and Sentencing is set for November 1, 2012  at 9:30 a.m.

IT IS SO ORDERED.

Dated: October 25, 2012

/s/ Carolyn K. Delaney
HON. CAROLYN K. DELANEY
United States Magistrate Judge